**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 24-6237**

UNITED STATES OF AMERICA,

> Plaintiff - Appellee,

v.

DENNIS WAYNE ROWSEY, JR.,

> Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.  Mark S. Davis, Chief District Judge.  (4:11-cr-00053-MSD-TEM-1)

Submitted:  June 25, 2024                          Decided:  June 28, 2024

Before RICHARDSON and QUATTLEBAUM, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Dennis Wayne Rowsey, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dennis Wayne Rowsey, Jr., appeals the district court's orders denying his motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A).  We have reviewed the record and conclude that the district court did not abuse its discretion by finding the 18 U.S.C. § 3553(a) factors weighed against Rowsey's release.  *See United States v. Malone*, 57 F.4th 167, 172 (4th Cir. 2023) (stating standard of review).  Accordingly, we affirm the district court's orders.  *United States v. Rowsey*, No. 4:11-cr-00053-MSD-TEM-1 (E.D. Va. July 3, 2023; Jan. 18, 2024).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
